```
1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  JIMMY T. DOAN (CABN 271448)
   Special Assistant United States Attorney
5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5054
7       FAX: (408) 535-5081
        jimmy.doan@usdoj.gov
8
   Attorneys for United States of America
9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) NO. 5:12-MJ-71158 |
|---|---|
| Plaintiff, | ) NOTICE OF DISMISSAL |
| v. | ) Re: Dkt. No. 2 |
| MIGUEL ARROYO-SALGADO, | ) |
| Defendant. | ) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Complaint against Miguel Arroyo-Salgado without prejudice and moves that the Court quash the arrest warrant issued in connection with the Complaint in this case against Miguel Arroyo-Salgado.

DATED: June 9, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

      */s/ Jimmy T. Doan*
JIMMY T. DOAN
Special Assistant United States Attorney

NOTICE OF DISMISSAL
No. 5:12-MJ-71158_____                                              v. 7/10/2018

Leave is granted to the government to dismiss the Complaint against Miguel Arroyo-Salgado. It is further ordered that the arrest warrant issued in connection with the Complaint is quashed.

Date: June 10, 2020

*[signature]*
HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge